UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID DARRELL SYKES,<br><br>                        Petitioner,<br>    v.<br><br>STATE OF WASHINGTON, STEVE SINCLAIR, and DONALD HOLBROOK,<br><br>                        Respondents. | No. C12-5454 RBL/KLS<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |

Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to Petitioner.

**DATED** this <u>5th</u> day of June, 2012.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS - 1