UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID DARRELL SYKES,

      Petitioner,

 v.

STEPHEN D. SINCLAIR,

      Respondent.

No. C12-5454 RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

  The Court, having reviewed the petition for writ of habeas corpus, the response, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

  (1) The Court adopts the Report and Recommendation.

  (2) The petition for writ of habeas corpus (ECF No. 5) is **dismissed with prejudice.**

  (3) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to the Hon. Karen L. Strombom.

  **DATED** this 26th day of October, 2012.

                Ronald B. Leighton
                United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1